# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2002

_____

| | | |
|---|---|---|
| Douglas Hiram Coleman, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Duluth Police Department, | * | Appeal from the United States |
| | * | District Court for the |
| Defendant, | * | District of Minnesota. |
| | * | |
| Chief Gordon Ramsay; Officer Tinsley, | * | [UNPUBLISHED] |
| and other unidentified Duluth Police | * | |
| Officers, both individually and in | * | |
| their official capacity; Ford Du Luth | * | |
| Casino-Security; Unidentified Security | * | |
| Officers, both individually and in their | * | |
| official capacity; Jim Urness, Manager/ | * | |
| Chief of Security, both individually and | * | |
| in his official capacity, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 7, 2010
Filed: April 12, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Douglas Coleman appeals the district court's[1] adverse grant of motions to dismiss and for summary judgment in his 42 U.S.C. § 1983 action. Following careful de novo review of the record, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Coleman's pending motion.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.